UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DELMOND COZART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-25-254-R |
| | ) |
| BEN MASON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's Motion to Reconsider [Doc. No. 21] which, liberally construed, appears to be seeking reconsideration of the Court's order [Doc. No. 18] denying Plaintiff's motion for summary judgment without prejudice to resubmission at the appropriate time. Plaintiff's motion provides no basis for reconsidering that decision. *See Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) ("Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice.") (citations omitted). Moreover, as the Court noted in its order, Plaintiff will be given an opportunity to move for summary judgment at the appropriate time.

Plaintiff's motion is therefore DENIED.

IT IS SO ORDERED this 19th day of August, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE