## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

DELMOND COZART,                          )
                                         )
         Plaintiff,                      )
                                         )
v.                                       )          Case No. CIV-25-254-R
                                         )
GEO GROUP INC., et al.,                  )
                                         )
         Defendants.                     )

## ORDER

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin [Doc. No. 28] pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Upon screening of Plaintiff's Amended Complaint, Judge Erwin recommends that the official capacity claims against all defendants be dismissed with prejudice and the individual capacity claims against Defendants Mason and Green be dismissed without prejudice.

The case file shows no timely objection to the Report nor request for an extension of time, even though Plaintiff was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Accordingly, the Report and Recommendation [Doc. No. 28] is ADOPTED. The official capacity claims against all defendants are dismissed with prejudice and the

individual capacity claims against Defendants Mason and Green are dismissed without prejudice.[1] The case remains referred consistent with the initial case referral.

IT IS SO ORDERED this 29th day of October, 2025

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] The Court declines to affirmatively conclude that Plaintiff has stated a plausible claim against Defendant Timms and Defendant GEO Group, Inc., but adopts the recommendation that these claims proceed past the screening stage.